LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
PAUL TOWNSEND

PH: (212) 581-1001
FX: (212) 581-4999

May 15, 2019

**BY ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: **United States v. Joseph Prezioso**, 19 CR 157 (PAE)

Dear Judge Engelmayer:

    I am writing on behalf of defendant Joseph Prezioso to respectfully request a modification of the defendant's conditions of release which would permit him to travel to Yarmouthport, Massachusetts from May 23 through May 28, 2019 to visit with family. Both Pretrial Services and the government, by AUSA Jason Swergold, have no objection to this request. Of course, should Your Honor approve this application, Mr. Prezioso will provide Pretrial Services with a detailed itinerary in advance of his trip.

    By way of background, on January 23, 2019, Judge Lehrburger released Mr. Prezioso on a $1,000,000 personal recognizance bond, signed by the defendant and his fiancé and secured by property, with the special conditions that: 1) his travel be restricted to the Southern and Eastern Districts of New York, the Middle and Southern Districts of Florida, and all points of travel to Florida; 2) that he surrender his firearms; 3) that he surrender all travel documents; and 4) that he refrain from contact with the defendants in a related matter outside the presence of counsel. Since that date, Mr. Prezioso has remained compliant with his conditions of release.

JEFFREY LICHTMAN

Hon. Paul A. Engelmayer
United States District Judge
May 15, 2019
Page 2

    Thank you for your consideration on this application; I remain available for a conference should Your Honor deem it necessary.

                Respectfully submitted,

                Jeffrey Lichtman

cc:    Jason Swergold, Esq. (by ECF)
       Assistant United States Attorney

       Keyana Pompey, Pretrial Services (by email)

So Ordered:

_____
Hon. Paul A. Engelmayer, U.S.D.J